■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES REED, Appellant. (Appeal No. 1.) [910 NYS2d 758]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered October 15, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS WASHINGTON, Appellant. [910 NYS2d 399]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered February 6, 2009. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.